```
1    GIA N. MARINA
     Nevada Bar No. 15276
2    CLARK HILL PLLC
     3800 Howard Hughes Drive, Suite 500
3    Las Vegas, Nevada  89169
     E-mail: gmarina@clarkhill.com
4    Telephone:  (702) 862-8300
     Facsimile:  (702) 862-8400
5    Attorney for Defendant
     Equifax Information Services LLC
6
7
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JENNY ZUMINI,<br><br>         Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; and AMERICA FIRST CREDIT UNION,<br><br>         Defendants. | Case No. 2:22-cv-00849-JCM-DJA<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from June 22, 2022 through and including **July 22, 2022**. The request was made by Equifax so that it can have an opportunity

/ /

/ /

/ /

to collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 20th day of June, 2022.

| | |
|---|---|
| CLARK HILL PLLC | ***No opposition*** |
| By: /s/Gia N. Marina<br>Gia N. Marina<br>Nevada Bar No. 15276<br>3800 Howard Hughes Pkwy,<br>Suite 500<br>Las Vegas, NV 89169<br>Tel: (702) 862-8300<br>Fax: (702) 862-8400<br>Email: gmarina@clarkhill.com<br>*Attorney for Defendant Equifax Information Services LLC* | /s/Michael Kind<br>Michael Kind, Esq.<br>Nevada Bar No. 13903<br>KIND LAW<br>8860 South Maryland Parkway, Suite 106<br>Las Vegas, NV 89123<br>Phone: (702) 337-2322<br>Fax: (702) 329-5881<br>Email: mk@kindlaw.com<br><br>George Haines, Esq.<br>Nevada Bar No. 9411<br>Gerardo Avalos, Esq.<br>Nevada Bar No. 15171<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Ave., Suite 350<br>Henderson, NV 89123<br>Phone: (702) 880-5554<br>Fax: (702) 385-5518<br>*Attorneys for Plaintiff* |

IT IS ~~SO~~ ORDERED:

_____
United States Magistrate Judge

DATED:  June 22, 2022

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 20th day of June, 2022, via CM/ECF, upon all counsel of record:

By: /s/Gia N. Marina
Gia N. Marina
Nevada Bar No. 15276
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: gmarina@clarkhill.com