Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com

George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Jenny Zumini*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Jenny Zumini,<br><br>Plaintiff,<br><br>v<br><br>Equifax Information Services LLC; and America First Credit Union,<br><br>Defendant. | Case No.: 2:22-cv-00849-JCM-DJA<br>Dept No.:<br><br>**Stipulation of dismissal of America First Credit Union with prejudice** |

STIPULATION  1

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Jenny Zumini and America First Credit Union stipulate to dismiss Plaintiff's claims against America First Credit Union with prejudice. Each party will bear its own costs, disbursements, and attorney fees.

Dated: August 26, 2022.

**K**IND **L**AW

 /s/ Michael Kind
Michael Kind, Esq
8860 South Maryland Parkway,
Suite 106, Las Vegas, Nevada 89123

**F**REEDOM **L**AW **F**IRM

 /s/ George Haines
George Haines, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Jenny Zumini*

**L**ITCHFIELD **C**AVO **LLC**

 /s/ Marisa Pocci Carney
Marisa Pocci Carney, Esq
Alicia Hagerman, Esq
3992 Howard Hughes Parkway
Suite 100, Las Vegas, Nevada 89169

*Counsel for Defendant America First Credit Union*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: September 9, 2022