Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com
*Attorney for Plaintiff Jenny Zumini*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Jenny Zumini,<br><br>           Plaintiff,<br>  v.<br><br>Equifax Information Services LLC; and America First Credit Union,<br><br>           Defendants. | Case No.: 2:22-cv-00849-JCM-DJA<br><br>**[First] Status Report re: Settlement between Jenny Zumini and Equifax Information Services LLC** |

   The dispute between Plaintiff Jenny Zumini ("Plaintiff") and Defendant Equifax Information Services LLC ("Defendant") has been resolved. The parties have reached settlement terms, and the agreement is awaiting final approval and signatures. Once the settlement agreement is finalized, Plaintiff will dismiss the claims against Defendant with Prejudice.

---

STIPULATION                                                   - 1 -

1  Plaintiff requests that all pending dates and filing requirements as to Plaintiff
2  and Defendant continue to be vacated and that the Court allow the parties an
3  additional 30 days, until on or after October 28, 2022, to file dismissal documents.
4  Dated: September 28, 2022.

6  Respectfully submitted,

7  **KIND LAW**

9  /s/ Michael Kind
   Michael Kind, Esq.
10 8860 South Maryland Parkway, Suite 106
   Las Vegas, Nevada 89123
11 *Attorney for Plaintiff Jenny Zumini*

**IT IS SO ORDERED**.

DATED: September 29, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

STIPULATION - 2 -